

# Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

VIVIAN LONG
Clerk

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

September 11, 2015

Scott Brumley
Potter County Attorney's Office
500 S Fillmore St., Room 301
Amarillo, TX 79101-2437
* DELIVERED VIA E-MAIL *

Brooks Barfield, Jr.
BARFIELD LAW FIRM
P. O. Box 308
Amarillo, TX 79105-0308
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:  07-15-00205-CR, 07-15-00206-CR, 07-15-00207-CR
Trial Court Case Number: 141066, 141094, 141118

**Style:** Daniel Lee Ainsworth v. The State of Texas

Dear Counsel:

Appellant's corrected brief was filed on Thursday, September 10, 2015.  The corrected brief will be deemed and referred to as Appellant's brief.

Pursuant to direction of the court, Appellant's original, uncorrected brief has been stricken.  The original, uncorrected brief will be retained for administrative purposes only.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK